# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

In re:     KARL DOUGLAS KING     )    Chapter 13

                                         )

                                         )    **Case No.** 21-20059

                    Debtors    )

## NOTICE OF VOLUNTARY CONVERSION OF CHAPTER 13 CASE
## <u>TO CHAPTER 7 CASE UNDER SECTION 1307(a)</u>

       **COMES NOW** Debtor, Karl King by and through counsel, and represents and states as follows:

1. The debtor filed a petition for an order for relief under Chapter 13 of the Bankruptcy Code on January 22, 2021.

2. The debtor is no longer able to comply with the terms of the Chapter 13 plan and does not desire to modify the plan.

3. The debtor is qualified to file for relief under Chapter 7 of the Bankruptcy Code.

4. The conversion to Chapter 7 is being made in good faith by the debtor.

5. A copy of debtor's Amended Schedules and Statement of Intention will be filed within 14 days of the granting this motion.

       **WHEREFORE**, the debtor, pursuant to Rule 1017(f)(3) of the Rules of Bankruptcy Procedure, hereby gives notice of the conversion of this Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code.

Monday, September 13, 2021         Respectfully submitted,
                                              WM Law

                                              s/ Ryan A Blay
                                              Ryan A Blay KS 28110
                                              15095 W 116th St
                                              Olathe, KS 66062
                                              (913) 422-0909 / Fax (913) 428-8549
                                              blay@wagonergroup.com
                                              ATTORNEY FOR DEBTOR

\\Wbgserver3\workgroup\K\King, Karl D., K13 refile, 2021-1-20\Notice of Conversion 13 to 7, 2021-9-11 BH.doc
Printed 9/13/2021 9:04:00 AM

1

Case 21-20059    Doc# 44    Filed 09/13/21    Page 1 of 2

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on September 13, 2021, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

See attached mailing matrix

       s/ Ryan A Blay

2

\\Wbgserver3\workgroup\K\King, Karl D., K13 refile, 2021-1-20\Notice of Conversion 13 to 7, 2021-9-11 BH.doc
Printed 9/13/2021 9:04:00 AM

Case 21-20059   Doc# 44   Filed 09/13/21   Page 2 of 2

Label Matrix for local noticing
1083-2
Case 21-20059
District of Kansas
Kansas City
Fri Jan 22 16:16:46 CST 2021

Kansas City Divisional Office
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101-2448

Aargon
8668 Spring Mountain Road
Attn: Bankruptcy
Las Vegas NV 89117-4132

American InfoSource as Agent
4515 N Santa Fe Ave
Oklahoma City OK 73118-7901

Attorney Peter John Orsi II SC
200 W Douglas - Ste. 1010A
Wichita KS 67202-3010

Autonow
10500 E. 24 Highway
Independence MO 64053

CBE Group
131 Tower Park Drive, Ste. 100
Waterloo IA 50701-9374

CBE Group
PO BOX 900
Attn: Bankruptcy
Waterloo IA 50704-0900

Capital One
PO Box 30281
Salt Lake City UT 84130-0281

Capital One
PO Box 30285
Salt Lake City UT 84130-0285

Credit King
3205 S. Broadway
Wichita KS 67216-1023

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

DirecTV by American InfoSource
4515 N Santa Fe Ave.
Oklahoma City OK 73118-7901

Genesis Bank/Celtic Bank
PO Box 4477
Beaverton OR 97076-4401

Genesis Bankcard Service
PO Box 4499
Beaverton OR 97076-4499

HARRIS FAMILY PROPERTY LLC
1457 N 900 RD
Lawrence KS 66046-8208

Harley Davidson Credit
Dept 15129
Palatine IL 60055-5129

Harley Davidson Credit
PO Box 21829
Carson City NV 89721-1829

Internal Revenue Service
Centralized Insolvency Operati
Post Office Box 7346
Philadelphia PA 19101-7346

Kansas Counselors of KC
PO Box 14765
Lenexa KS 66285-4765

Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka KS 66611-2005

Mainstreet Credit Union
13001 W 95th St
Lenexa KS 66215-3726

Miller Investment Group Inc.
DBA Auto Now
1404 E Santa Fe St
Olathe KS 66061-3641

NCB Management
One Allied Drive
attn: bankruptcy
Trevose PA 19053-6945

Nancy N. King
1908 E. 19th St. #E136
Lawrence KS 66046-5956

Quantum3 Group LLC
PO Box 788
Kirkland WA 98083-0788

Seqium Asset Solutions, LLC
1130 Northchase Parkway
Ste. 150
Marietta GA 30067-6429

U.S. Trustee
Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202-4811

United Revenue Corp
204 Billings St
Suite 120
Arlington TX 76010-2495

Zimmerman & Zimmerman PA
909 SE Quincy St.
Topeka KS 66612-1115

aargon
3025 W Sahara
Las Vegas NV 89102-6094

Karl Douglas King
4026 Overland Drive
Lawrence, KS 66049-4121

Ryan A Blay
WM Law
15095 W 116th St
Olathe, KS 66062-1098

William H Griffin
5115 Roe Blvd Ste 200
Roeland Park, KS 66205-2393

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

DirecTV
PO Box 9001069
Louisville KY 40290

End of Label Matrix
Mailable recipients    33
Bypassed recipients     0
Total                  33